# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**NASHAWN L. NEVILLES,**
**Petitioner,**

vs.                                                                                  Case Number:  **09-2141**

**JODY HATHAWAY, Warden,**
**Respondent.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the respondent and against the petitioner.  Case terminated.

ENTER this 15th day of June 2010.

s/Pamela E. Robinson, Clerk

PAMELA E. ROBINSON, CLERK

s/K. Wynn
BY:  DEPUTY CLERK